UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOE-73.92.201.24,<br><br>　　　　Defendant. | Case No. 16-cv-02939-JCS<br><br>**ORDER APPROVING PLAINTIFF'S PROPOSED SUBPOENA**<br><br>Re: Dkt. No. 12 |

On June 16, 2016, the Court granted Plaintiff Dallas Buyer's Club, LLC's ("DBC") Motion for Expedited Discovery and ordered Plaintiff to submit a proposed subpoena for approval by the Court. DBC filed a proposed subpoena on the same date. *See* Docket No. 12. The Court APPROVES the proposed subpoena, which may be served on Comcast Cable. As stated in the Court's previous order, Plaintiff shall serve a copy of the June 16, 2016 Order on Comcast Cable along with the subpoena.

**IT IS SO ORDERED.**

Dated: June 20, 2016

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge